

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 APR 20 PM

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| BAYER SCHERING PHARMA AG, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LUPIN LTD., et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:10-cv-00378 BEL |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41

NOTICE IS HEREBY GIVEN that Plaintiffs Bayer Schering Pharma AG, Bayer HealthCare Pharmaceuticals Inc., and Schering Corporation, by and through their undersigned attorneys, hereby voluntarily dismiss the above captioned case without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Each party to the action will bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: April 20, 2010

/s/
Bruce R. Genderson (#02427)
bgenderson@wc.com
Adam L. Perlman (#25290)
aperlman@wc.com
Stanley E. Fisher (#16798)
sfisher@wc.com

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (facsimile)

*Attorneys for Plaintiffs Bayer Schering Pharma AG, Bayer HealthCare Pharmaceuticals Inc., and Schering Corporation*

APPROVED THIS 20th DAY OF April 2010
/s/ Benson Everett Legg
BENSON EVERETT LEGG, U.S.D.J.